# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| HPEV, INC., a Nevada corporation,<br><br>    Plaintiff<br><br>    v.<br><br>SPIRIT BEAR LIMITED, a Delaware corporation,<br><br>    Defendant. | Case No. 2:13-cv-01548-JAD-GWF<br><br>**Order Expediting Briefing Schedule on Emergency Motion for Injunctive Relief [#147]** |
| SPIRIT BEAR LIMITED, a Delaware corporation, on behalf of HPEV, INC., a Nevada corporation,<br><br>    Third-Party Plaintiff,<br><br>    v.<br><br>TIMOTHY J. HASSETT, QUENTIN D. PONDER, JUDSON W. BIBB III, THEODORE H. BANZHAF, and MARK M. HODOWANEC,<br><br>    Third-Party Defendants,<br><br>and<br><br>HPEV, INC., a Nevada corporation,<br><br>    Nominal Counterdefendant. | |

On November 14, 2014, Defendant/Third Party Plaintiff Spirit Bear Limited filed an Emergency Motion for a Temporary Restraining Order and Preliminary Injunction to Enjoin HPEV's December 10, 2014, Special Shareholder Meeting. Doc. 147. The court finds that a response is necessary, but—in light of the imminency of the meeting—full briefing cannot be completed in the ordinary course. Accordingly, good cause appearing,

IT IS HEREBY ORDERED that any opposition to Spirit Bear's Emergency Motion [#147]

must be filed by 5 p.m. on Wednesday, November 25, 2014; any reply must be filed by 5 p.m. on Wednesday, December 3, 2014, and the parties shall appear for a hearing on this Emergency Motion [#147] in Courtroom 6D of the Lloyd D. George U.S. Courthouse at 2:30 p.m. on Friday, December 5, 2014.

DATED November 21, 2014.

_____
Jennifer A. Dorsey
United States District Judge