1  JOHN R. BAILEY, Nev. Bar No. 0137
   JOSEPH A. LIEBMAN, Nev. Bar No. 10125
2  JOSHUA P. GILMORE, Nev. Bar No. 11576
   BAILEY❖KENNEDY
3  8984 Spanish Ridge Avenue
   Las Vegas, Nevada 89148-1302
4  Telephone Number: (702) 562-8820
   Fax Number:  (702) 562-8821
5  JBailey@BaileyKennedy.com
   JLiebman@BaileyKennedy.com
6  JGilmore@BaileyKennedy.com

7  *Attorneys for SPIRIT BEAR LIMITED*

8

9              UNITED STATES DISTRICT COURT
                  DISTRICT OF NEVADA
10
   HPEV, INC., a Nevada corporation,          )
11                                             )
              Plaintiff,                       )   Docket No. 2:13-cv-01548-JAD-GWF
12                                             )
          vs.                                  )
13                                             )   **STIPULATION AND [PROPOSED]**
   SPIRIT BEAR LIMITED, a Delaware             )   **ORDER TO STAY ALL DEADLINES**
   corporation,                                )   **IN THE SCHEDULING ORDER DUE**
14                                             )   **TO A PENDING SETTLEMENT**
              Defendant.                       )
15  _____         )
   SPIRIT BEAR LIMITED, a Delaware             )
16  corporation, on behalf of HPEV, INC., a    )
   Nevada corporation,                         )
17                                             )
              Third-Party Plaintiff,           )
18                                             )
          vs.                                  )
19                                             )
   TIMOTHY J. HASSETT, QUENTIN D.              )
20  PONDER, JUDSON W. BIBB III,                )
   THEODORE H. BANZHAF, AND MARK               )
   M. HODOWANEC,                               )
21                                             )
              Third-Party Defendants,          )
22  and                                        )
                                               )
23  HPEV, INC., a Nevada corporation,          )
                                               )
24            Nominal Counterdefendant.        )
                                               )
25  _____

                    Page **1** of **4**

SPIRIT BEAR LIMITED, a Delaware ) corporation, )
) )
                Counterclaimant, )
) )
      vs. )
) )
HPEV, INC., a Nevada corporation, )
) )
                Counterdefendant. )
_____ )

       Plaintiff/Counterdefendant HPEV, Inc. and Third-Party Defendants Timothy J. Hassett, Quentin D. Ponder, Judson W. Bibb III, and Theodore H. Banzhaf, (collectively, "HPEV"), as well as Defendant/Third-Party Plaintiff/Counterclaimant Spirit Bear Limited ("Spirit Bear"), by and through their counsel of record, submit this Stipulation to stay all current deadlines in the Scheduling Order (Dkt. # 156) due to a pending settlement between all parties.

1.   On January 28, 2015, HPEV and Spirit Bear executed a Settlement and Release Agreement, which is intended to resolve any and all claims between HPEV (including Hassett, Ponder, Bibb, and Banzhaf) and Spirit Bear.

2.   Pursuant to the terms of Settlement and Release Agreement, HPEV and Spirit Bear intend to dismiss, with prejudice, the non-shareholder derivative claims in approximately 50 days.

3.   Pursuant to the terms of the Settlement and Release Agreement, the parties intend to move the Court, pursuant to Federal Rule of Civil Procedure 23.1(c), for approval of the settlement of the shareholder derivative claims.  Upon the Court's approval, HPEV and Spirit Bear will dismiss, with prejudice, the shareholder derivative claims.

4.   Pursuant to Section 2.4 of the Settlement and Release Agreement, HPEV and Spirit Bear agreed that "as of the Effective Date [January 28, 2015], to the fullest extent of their ability, any and all discovery or other deadlines in or associated with the Lawsuits are and shall be treated as stayed or held in abeyance until such time as the Lawsuits are dismissed, all discovery (including third-party discovery) is and shall be withdrawn, and that they shall

BAILEY✦KENNEDY
8984 SPANISH RIDGE AVENUE
LAS VEGAS, NEVADA 89148
PHONE (702) 562-8820

make any such court filings as are appropriate in furtherance of effecting a complete standstill of all litigation related to the Lawsuits."

5.  The current deadlines in the Scheduling Order are as follows:

➢ Initial Expert Disclosures – February 20, 2015.

➢ Interim Status Report – February 20, 2015.

➢ Rebuttal Expert Disclosures – March 20, 2015.

➢ Discovery Deadline – April 20, 2015.

➢ Dispositive Motions – May 20, 2015.

➢ Pre-Trial Order – June 19, 2015.

6.  In compliance with Section 2.4 of the Settlement and Release Agreement, HPEV and Spirit Bear stipulate and agree to stay the above-referenced deadlines in order to provide them with sufficient time to effectuate the Settlement and Release Agreement.

/ / /
/ / /
/ / /
/ / /
/ / /
/ / /
/ / /
/ / /
/ / /
/ / /
/ / /
/ / /
/ / /

BAILEY❖KENNEDY
8984 SPANISH RIDGE AVENUE
LAS VEGAS, NEVADA 89148
PHONE (702) 562-8820

7. In the unlikely event that HPEV and Spirit Bear are unable to effectuate the Settlement and Release Agreement, they will jointly seek the entry of a new scheduling order.

DATED: <u>January 30, 2015</u>

GORDON SILVER

By: <u>/s/ Mark S. Dzarnoski</u>
    MARK S. DZARNOSKI
    Nevada Bar No. 3398
    CHRISTINE A. BRICKER
    Nevada Bar No. 9768
    DYLAN T. CICILIANO
    Nevada Bar No. 12348
    3960 Howard Hughes Pkwy., 9th Floor
    Las Vegas, NV 89169
    Telephone: (702) 796-5555
    Facsimile: (702) 369-2666
    mdzarnoski@gordonsilver.com
    cbricker@gordonsilver.com
    dciciliano@gordonsilver.com

*Attorneys for HPEV, INC. and Third-Party Defendants*

BAILEY❖KENNEDY

By: <u>/s/ Joseph A. Liebman</u>
    JOHN R. BAILEY
    Nevada Bar No. 0137
    JOSEPH A. LIEBMAN
    Nevada Bar No. 10125
    JOSHUA P. GILMORE
    Nevada Bar No. 11576
    8984 Spanish Ridge Ave.
    Las Vegas, NV 89148-1302
    Telephone: (702) 562-8820
    Facsimile: (702) 562-8821
    jbailey@baileykennedy.com
    jliebman@baileykennedy.com
    jgilmore@baileykennedy.com

*Attorneys for SPIRIT BEAR LIMITED*

## <u>ORDER</u>

IT IS SO ORDERED.

DATED: <u>February 3, 2015</u>

<u>/s/ George Foley Jr.</u>
UNITED STATES MAGISTRATE JUDGE

Page **4** of **4**