**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| HPEV, Inc., a Nevada corporation, ) | |
| ) | |
| Plaintiff, ) | Case No. 2:13-cv-01548-JAD-GWF |
| ) | |
| vs. ) | **ORDER** |
| ) | |
| SPIRIT BEAR LIMITED, a Delaware corporation, ) JAY PALMER, CARRIE ANN DWYER and ) DONICA HOLT, ) | |
| Defendants. ) | |

This matter is before the Court on Bailey Kennedy's Motion to Withdraw as Counsel for Spirit Bear Limited (#168) and Bailey Kennedy's Motion for an Order Confirming that its Charging and Retaining Liens are Valid, Perfected, and Attached (#170), filed on May 13, 2015. Defendant Spirit Bear, Limited filed its Response (#172) on June 1, 2015. Bailey Kennedy filed its Reply (#173) on June 5, 2015.

Bailey Kennedy seeks to withdraw from its representation of Defendant Spirit Bear Limited. As the Defendant did not oppose this motion, and the Defendant is now represented by the firm of Marquis Aurbach Coffing, the Court grants the motion to withdraw.

Bailey Kennedy also seeks an order from the Court, "in an abundance of caution," confirming that its lien over the 6,400,000 stock warrants is perfected under N.R.S. 18.015. They do not seek to have the lien adjudicated. The record speaks for itself on this issue.

. . .

. . .

. . .

. . .

The Court does not issue an order as to the status of the lien, and expresses no opinion about the validity of the lien or if it has been perfected. Accordingly,

**IT IS HEREBY ORDERED** that the Motion to Withdraw (#168) is **granted**.

**IT IS FURTHER ORDERED** that Bailey Kennedy's Motion for an Order Confirming that its Charging and Retaining Liens are Valid, Perfected and Attached is **denied, without prejudice.**

**DATED** this 10th day of June, 2015.

_____
GEORGE FOLEY, JR.
United States Magistrate Judge