UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| HPEV, INC., a Nevada corporation, | Case No. 2:13-cv-01548-JAD-GWF |
|---|---|
| Plaintiff | |
| v. | **Order Granting Unopposed Motion to Set Final Fairness Hearing** |
| SPIRIT BEAR LIMITED, a Delaware corporation, | [ECF 179] |
| Defendant. | |
| ALL OTHER CLAIMS AND PARTIES | |

The court has reviewed the Unopposed Motion to Set Fairness Hearing re: Derivative Lawsuit Settlement and found good cause therefor. Accordingly, IT IS HEREBY ORDERED that the unopposed motion **[ECF 179] is GRANTED and**:

    1.    A formal, final fairness hearing to consider the approval of the Derivative Action Settlement Agreement as amended will take place **at 10:00 a.m. on Friday, November 20, 2015**, in Courtroom 6D of the Lloyd D. George U.S. Courthouse.

    2.    The notice attached as Exhibit F to the Motion to Set Fairness Hearing Re: Derivative Lawsuit Settlement [ECF 179-6] is hereby approved with one addition: below the names and addresses of the attorneys on the final page of the notice, add the sentence: DO NOT CONTACT THE COURT WITH QUESTIONS.

    3.    No later than September 25, 2015, HPEV must send the approved notices via first-class United States mail to shareholders of record as of July 31, 2015.

Dated September 9, 2015

_____
Jennifer Dorsey
United States District Judge