GORDON SILVER
MARK S. DZARNOSKI
Nevada Bar No. 3398
Email: mdzarnoski@gordonsilver.com
500 N. Rainbow Blvd., Suite 120
Las Vegas, NV 89107
Tel: (702) 796-5555
Fax: (702) 369-2666
Attorneys for Plaintiff HPEV, Inc. and
Third-Party Defendants Timothy J. Hassett,
Quentin D. Ponder, Judson W. Bibb III,
Theodore H. Banzhaf, and Mark M. Hodowanec

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| HPEV, INC., a Nevada corporation, | CASE NO. 2:13-cv-01548-JAD-GWF |
| Plaintiff, | |
| vs. | **STIPULATION AND ORDER RE: SUPPLEMENTAL FAIRNESS HEARING BRIEFING SCHEDULE** |
| SPIRIT BEAR LIMITED, a Delaware corporation, | |
| Defendants. | |

SPIRIT BEAR LIMITED, a Delaware corporation, on behalf of HPEV, INC. a Nevada corporation,

Third-Party Plaintiff,

vs.

TIMOTHY J. HASSETT, QUENTIN D. PONDER, JUDSON W. BIBB III, THEODORE H. BANZHAF, AND MARK M. HODOWANEC,

Third-Party Defendants.

and HPEV, INC., a Nevada corporation,

Gordon Silver
Attorneys At Law
500 N. Rainbow Blvd.
Suite 120
Las Vegas, NV 89107
(702) 796-5555

104439-0012689956

1 of 3

Nominal Counterdefendant.

Pursuant to LR 6-1, Plaintiff, Defendants and Proposed Intervenor jointly stipulate to continue the briefing schedule relating to the Supplemental Briefs re: Fairness Hearing as follows:

| Party | Current Deadline | Stipulated Deadline |
|---|---|---|
| Opening Brief HPEV and related parties | December 17, 2015 | December 24, 2015 |
| Response Brief by Peak Finance | January 15, 2016 | January 22, 2016 |
| Reply Brief by HPEV and related parties | February 1, 2016 | February 8, 2016 |

In support thereof, the Court is advised as follows:

1.      When setting the current deadlines, counsel for HPEV informed the Court and other parties at the Fairness Hearing on November 20, 2015 that he had a pre-paid vacation scheduled to start on December 18, 2015 and would be able to file the Supplemental Brief before leaving thereon.

2.      Significant medical matters involving HPEV's counsel's family have arisen between the date of the Fairness Hearing and today's date.

3.      The medical matters have caused HPEV's counsel to cancel the pre-paid vacation to attend to said matters.

4.      HPEV's counsel represents that attending to these medical matters has also delayed him in accumulating the documents requested by the Court and completing the Supplemental Brief by December 17, 2015.

5.      HPEV's counsel represents that a one week extension will be sufficient to complete the Supplemental Brief and file supporting documents requested by the Court.

///

///

///

///

///

///

Gordon Silver
Attorneys At Law
500 N. Rainbow Blvd.
Suite 120
Las Vegas, NV 89107
(702) 796-5555

104439-0012689956

1    The requested extension is sought in the interest of justice and not for the purpose of

2    delay. None of the parties will be prejudiced by the requested extension.

3    IT IS SO STIPULATED.

4    GORDON SILVER                                    MARQUIS AURBACH COFFING

5    /s/ Mark S. Dzarnoski                            /s/ Vincent J. Vitatoe

6    _____                   _____

7    MARK S. DZARNOSKI                                VINCENT J. VITATOE
     Nevada Bar No. 3398                              Nevada Bar. No. 12888

8    500 N. Rainbow Blvd., Suite 120                  10001 Park Run Drive
     Las Vegas, Nevada 89107                          Las Vegas, NV 89145

9    Tel:  (702) 796-5555                             *Attorneys for Spirit Bear Limited*
     *Attorneys for Defendants*

10   *Timothy J. Hassett, Quentin D. Ponder,*         FARUQI & FARUQI, LLP
     *Judson W. Bibb III, Theodore H. Banzhaf,*

11   *Mark M. Hodowanec, and Nominal*                 /s/ Stuart J. Guber
     *Defendant*                                      _____

12   *HPEV, Inc.*                                     STUART J. GUBER
                                                      369 Lexington Avenue, 10th Floor

13                                                    New York, NY 10017

14                                                    *Attorneys for Peak Finance, LLC*

15                                    **ORDER**

16

17   Based upon the stipulation of counsel and good cause appearing, it is hereby Ordered that

18   the schedule for supplemental briefing regarding the Fairness Hearing is modified as follows:

19

20   | Party | Current Deadline | Stipulated Deadline |
     | --- | --- | --- |
     | Opening Brief HPEV and related parties | December 17, 2015 | December 24, 2015 |
     | Response Brief by Peak Finance | January 15, 2016 | January 22, 2016 |
21   | Reply Brief by HPEV and related parties | February 1, 2016 | February 8, 2016 |

22

23

24   _____
     UNITED STATES DISTRICT COURT JUDGE

25
     Dated: __December 17, 2015_____
26

27

Gordon Silver
Attorneys At Law
500 N. Rainbow Blvd.
Suite 120
Las Vegas, NV 89107
(702) 796-5555

104439-0012689956