FILED
ENTERED
RECEIVED
SERVED ON
COUNSEL/PARTIES OF RECORD

MAY - 1 2019

CLERK US DISTRICT COURT
DISTRICT OF NEVADA
BY:_____DEPUTY

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| HPEV, INC.<br><br>　　　　Plaintiff,<br><br>v.<br><br>SPIRIT BEAR LIMITED, ET AL.<br><br>　　　　Defendants.<br><br>AND ALL RELATED CLAIMS | Case No. 2:13-CV-01548-JAD-GWF<br><br>**<u>ORDER TO RELEASE BOND</u>** |

Presently before the court is the matter of *HPEV, INC. v. SPIRIT BEAR LIMITED, et al.*, case number 2:13-cv-1548-JAD-GWF.

On October 9, 2014, the court ordered Defendant Spirit Bear to post $500.00 security bond with the Clerk of Court as security for injunction. (ECF No. 161). Defendant Spirit Bear Limited posted the security bond on 12/09/14. (ECF No. 162.) Legal owner of bond is Bailey Kennedy, 8984 Spanish Ridge Avenue, Las Vegas, NV 89148-1302.

On May 2, 2016, the court granted the parties' Final Order Approving Derivative Action Settlement Agreement and for Dismissal. (ECF No. 203). As this matter is now concluded, the court will refund the security bond to Bailey Kennedy on behalf of Defendant, Spirit Bear Limited in the amount of $500.00, plus interest.

Accordingly,

**IT IS SO ORDERED**

Dated this 30th day of April, 2019.

_____
JUDGE JENNIFER A. DORSEY
UNITED STATES DISTRICT JUDGE